IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**GREGORY K. CLINTON,**

        Plaintiff,

       v.                           **Civil Action No. 1:21-CV-16**
                                              Judge Kleeh

**JUDGE NIEMEYER,** Fourth Circuit Court
of Appeals, in his individual capacity,
**JUDGE FLOYD,** Fourth Circuit Court of
Appeals, in his individual capacity, and
**JUDGE RICHARDSON,** Fourth Circuit Court
of Appeals, in his individual capacity,

        Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above referenced case is before this Court upon the magistrate judge's recommendation that plaintiff's claims [Doc. 1] against all three of the defendants be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 2] be denied as moot.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. **Thomas v. Arn**, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C.

§ 636(b)(1) waives the right to raise those objections at the appellate court level. ***United States v. Schronce***, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation [**Doc. 7**] is **AFFIRMED**, and plaintiff's Complaint [**Doc. 1**] is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Moreover, plaintiff's Motion to Proceed *In Forma Pauperis* [**Doc. 2**] is hereby **DENIED AS MOOT**. This Court further **DIRECTS** the Clerk to enter judgment in favor of the defendants and to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** September 28, 2021.

*Thomas S. Kleeh*
_____
**THOMAS S. KLEEH**
**UNITED STATES DISTRICT JUDGE**